Commonwealth ex rel. Jacoby, Appellant, *v.* Keenan.

Submitted April 13, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Louis Jacoby,* appellant, in propria persona.

*William Claney Smith,* Assistant District Attorney, and *Edward C. Boyle,* District Attorney, for appellee.

OPINION PER CURIAM, June 15, 1961:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of President Judge REED of the Orphans' Court, Thirty-sixth Judicial District, specially presiding, as reported in 24 Pa. D. & C. 2d 641.